# HARMON LAW OFFICES, P.C.
150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458
TEL (617) 558-0500
FAX (617) 244-7304

*SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND*

September 22, 2010

Dawn M. Jenkins
33-35 Eastern Avenue, Unit 2, 33-35 Eastern Avenue Condominiums
Lynn, MA 019021343

Re: Wells Fargo Bank, N.A. / Jenkins, Dawn M.
Property address: 33-35 Eastern Avenue, Unit 2, 33-35 Eastern Avenue Condominiums, Lynn, MA 01902
Our File No. 201004-1030

Dear Ms. Jenkins:

This is to inform you that the foreclosure sale on the above-referenced property which was scheduled for September 22, 2010 has been postponed until September 29, 2010 at 12:00 p.m..

Very truly yours,

Harmon Law Offices, P.C.

201004-1030 - Jenkins, Dawn M.

**PLEASE BE ADVISED THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

201004-1030     FCL

/Continuance Letter to Parties/Jenkins, Dawn M.