UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11554-RWZ

DAWN MAY JENKINS

v.

WELLS FARGO BANK, N.A.

ORDER
October 20, 2010

ZOBEL, D.J.

Plaintiff filed a complaint against Wells Fargo Bank, N.A., which includes twenty claims of alleged violations of federal, state and common law, all related to plaintiff's mortgage on her condominium.  Defendants had issued a notice of foreclosure and plaintiff sought a temporary restraining order to stop the foreclosure.  At the hearing on the TRO, counsel for defendant agreed to delay the scheduled sale until an anticipated judgment from the Land Court had issued and counsel had forwarded to plaintiff copies of her note and mortgage and the chain of documents substantiating the right of defendant to proceed.

Following the hearing defendant moved to dismiss the complaint for failure to state a claim and listed within the motion the documents it had provided to plaintiff in accordance with counsel's agreement.  Plaintiff has not filed an opposition.

Plaintiff did subsequently, on September 30 and October 1, 2010, file two documents which are identical (Dockets ## 14 and 15), except that one includes a

certificate of service. Both are entitled "Petition in the Nature of a Motion for an Identity Hearing and Motion for Hearing/Oral Argument." They name as defendants the "State of Massachusetts" and nine individuals, none of whom are defendants in the case. Defendant Wells Fargo opposes. The petitions are DENIED because they set forth no cognizable issue and are unintelligible.

Defendant's motion to dismiss (Docket # 11) is ALLOWED without opposition. Judgment may be entered dismissing the complaint.

|  |  |
|---|---|
| October 20, 2010 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |